FILED

DEC 17 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) ) | 1:25 CR 0 0 6 2 3 |
| v. | ) ) | CASE NO. _____ |
| MICKEY HODGE, TAYVEONN ELLIOTT, TYE CAMPBELL, | ) ) ) ) | Title 18, United States Code, Sections 2119(1) and 2, and 924(c)(1)(A)(ii) **JUDGE GAUGHAN** |
| Defendants. | ) ) | |

COUNT 1
(Carjacking, in violation of 18 U.S.C. §§ 2119(1) and 2)

The Grand Jury charges:

1. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendants, MICKEY HODGE, TAYVEONN ELLIOTT, and TYE CAMPBELL, aiding and abetting each other, did by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, take a motor vehicle (to wit: a 2025 Nissan Altima) that had been transported, shipped, and received in interstate commerce from the person or presence of another, in violation of Title 18, United States Code, Sections 2119(1) and 2.

COUNT 2
(Using or Carrying and Brandishing a Firearm During a Crime of Violence, in violation of 18
U.S.C. §§ 924(c)(1)(A)(ii) and 2)

The Grand Jury further charges:

2. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendants, MICKEY HODGE, TAYVEONN ELLIOTT, and TYE CAMPBELL, aiding and

abetting each other, did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, a violation of Title 18, United States Code Section 2119(1), as charged in Count 1 of the indictment, and further did brandish said firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 3
(Carjacking, in violation of 18 U.S.C. §§ 2119(1) and 2)

The Grand Jury further charges:

3. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendants, MICKEY HODGE, TAYVEONN ELLIOTT, and TYE CAMPBELL, aiding and abetting each other, did by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, take a motor vehicle (to wit: a 2024 Toyota RAV4) that had been transported, shipped, and received in interstate commerce from the person or presence of another, in violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT 4
(Using or Carrying and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

The Grand Jury further charges:

4. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendants, MICKEY HODGE, TAYVEONN ELLIOTT, and TYE CAMPBELL, aiding and abetting each other, did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, a violation of Title 18, United States Code Section 2119(1), as charged in Count 3 of the indictment, and further did brandish said firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT 5
(Carjacking, in violation of 18 U.S.C. §§ 2119(1) and 2)

The Grand Jury further charges:

5. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendant, MICKEY HODGE, aiding and abetting another, did by force, violence, and intimidation, and with the intent to cause death and serious bodily harm, take a motor vehicle (to wit: a 2021 Ford Explorer) that had been transported, shipped, and received in interstate commerce from the person or presence of another, in violation of Title 18, United States Code, Sections 2119(1) and 2.

## COUNT 6
(Using or Carrying and Brandishing a Firearm During a Crime of Violence, in violation of 18 U.S.C. §§ 924(c)(1)(A)(ii) and 2)

The Grand Jury further charges:

6. On or about July 16, 2025, in the Northern District of Ohio, Eastern Division, Defendant, MICKEY HODGE, aiding and abetting another, did use and carry a firearm, during and in relation to a crime of violence, which may be prosecuted in a court of the United States, to wit: Carjacking, a violation of Title 18, United States Code Section 2119(1), as charged in Count 5 of the indictment, and further did brandish said firearm, all in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.